**Affirmed and Memorandum Opinion filed February 5, 2015.**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-14-00225-CR

_____

## SAMUEL ALEJANDRO GARZA, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 338th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1270337**

## M E M O R A N D U M   O P I N I O N

Appellant entered a plea of guilty to the offense of aggravated robbery with a deadly weapon. The trial court deferred adjudicating guilt and placed appellant on community supervision. Subsequently, the State filed a motion to adjudicate. Appellant pled true to the State's allegation that he failed to commit no offense against the State of Texas or any other state. The trial court found the allegation true and proceeded to adjudicate guilt. The trial court sentenced appellant to confinement for seven years in the

Institutional Division of the Texas Department of Criminal Justice and assessed a fine of $ 500. Appellant filed a notice of appeal.

Appellant's appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirement of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978).

A copy of counsel's brief was delivered to appellant. Appellant was advised of the right to examine the appellate record and file a pro se response. *See Stafford v. State*, 813 S.W.2d 503, 510 (Tex. Crim. App. 1991). At appellant's request, the record was provided to him. On December 17, 2014, appellant filed a pro se response to counsel's brief.

We have carefully reviewed the record, counsel's brief, and appellant's response, and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. A discussion of the brief would add nothing to the jurisprudence of the state. We are not to address the merits of each claim raised in an *Anders* brief or a pro se response when we have determined there are no arguable grounds for review. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005).

Accordingly, the judgment of the trial court is affirmed.


PER CURIAM


Panel consists of Justices Christopher, Donovan and Wise.
Do Not Publish — Tex. R. App. P. 47.2(b).